*Kennedy Lillis Schmidt & English*
*75 Maiden Lane*
*New York, N.Y. 10038-4816*
*Telephone: 212-430-0800*
*Facsimile: 212-430-0810*
WWW.KLSELAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

Nathan T. Williams
NWILLIAMS@KLSELAW.COM
DIRECT DIAL: 212-430-0812

February 12, 2020

**By ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-13112

**MEMO ENDORSED**

Granted.
Initial Conference is rescheduled to 5/29/20 @ 10:00 AM.

/s/ Colleen McMahon
2/13/2020

Re:  *Gaede & Glauerdt Assecuradeur GmbH & Co. Kg*, et al.,
v. *MSC Mediterranean Shipping Company S.A.*
1:19-cv-11738-CM
Our File: 6304

Dear Judge McMahon,

We represent Plaintiffs in the captioned matter and write pursuant to Your Honor's 15 January 2020 Order, Docket Entry 7, scheduling an initial conference in this matter for 3 April 2020 and directing the parties to fax in a Civil Case Management Plan by 14 February 2020. Defendant MSC Mediterranean Shipping Company S.A. ("MSC"), a foreign corporation, recently accepted service, and its answer is now due on 7 April 2020. Therefore, we respectfully request (1) that the deadline for the completed Civil Case Management Plan be rescheduled to a date on or after 20 April 2020 (approximately ten days after MSC's deadline to answer the Complaint) and (2) that the initial conference be rescheduled for a date most convenient for the Court in May 2020. We thank your Honor for considering this request, the first of its kind.

Respectfully,

KENNEDY LILLIS SCHMIDT & ENGLISH

By:    s/ Nathan T. Williams

Nathan T. Williams