```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
                                                                       :
GAEDE & GLAUERDT ASSECURADEUR GMBH &                                   :
CO. KG, also known as JF HILLEBRAND USA, INC.,                         :
and JF HILLEBRAND USA, INC.,                                           :
                                                                       :          19-CV-11738 (JPC)
                              Plaintiffs,                              :
                                                                       :              ORDER
       -v-                                                             :
                                                                       :
M/V MAERSK GAIRLOCH her engines, tackle, etc., in                      :
rem, and MSC MEDITERRANEAN SHIPPING                                    :
COMPANY S.A., in personam,                                             :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 13, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 27, 2020. (Dkt. 17.) To date, the parties failed to submit this letter. It is hereby ORDERED that the parties file on ECF the joint letter described in Dkt. 17 by no later than February 8, 2021.

SO ORDERED.

Dated: February 1, 2021
       New York, New York                                   _____
                                                                   JOHN P. CRONAN
                                                              United States District Judge